# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08-03105-05/08/09-CR-S-DGK |
| RONALD BRYANT, NIKKI MILSAP, and DAWN PARENTEAU, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court are Defendant Ronald Bryant's Motion to Suppress (Doc. 162), Defendant Nikki Milsap's Motion to Suppress (Doc. 172), Defendant Dawn Parenteau's Motion to Suppress (Doc. 179), the Government's responses (Docs. 195, 196 and 197), United States Magistrate Judge James C. England's Report and Recommendation (Doc. 234), and Defendants' objections (Docs. 246, 255 and 256). The Court has also reviewed the transcript from the hearing (Doc. 219).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge England's Report and Recommendation be ADOPTED. Defendants' Motions to Suppress (Docs. 162, 172 and 179) are hereby DENIED.

**IT IS SO ORDERED**

Date: December 17, 2009          /s/ Greg Kays
                                 GREG KAYS, JUDGE
                                 UNITED STATES DISTRICT COURT